```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :     CRIMINAL ACTION
                              :
          v.                  :
                              :
DANTE SEAN WOOTEN             :     NO. 19-455
```

ORDER

AND NOW, this 18th day of October 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the request of Dante Sean Wooten "for early termination from supervised release" (Doc. #64) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                    J.